No. 97–68. WESTOWNE SHOES, INC., ET AL. *v.* BROWN GROUP, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–69. HUNT *v.* NORTH CAROLINA. Super Ct. N. C., Robeson County. Certiorari denied.

No. 97–70. INTERNATIONAL FIDELITY INSURANCE CO. *v.* BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 825 FUND SERVICE FACILITIES. Sup. Ct. N. J. Certiorari denied.

No. 97–71. DEKALB STONE, INC. *v.* DEKALB COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–72. MOORE ET AL. *v.* STICKS BILLIARDS, INC., ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–73. DARLING ET AL. *v.* MACPHERSON, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 97–74. VALOT ET AL. *v.* SOUTHEAST LOCAL SCHOOL DISTRICT BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–76. GROSS ET AL. *v.* CITY OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 97–78. YIAMOUYIANNIS *v.* LOWE ET AL. Ct. App. Ohio, Delaware County. Certiorari denied.

No. 97–80. DEHONEY *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–81. DELAWARE RIVER AND BAY AUTHORITY *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, AFL–CIO, ET AL. Sup. Ct. N. J. Certiorari denied.

No. 97–83. GERMAN ROMAN CATHOLIC CONGREGATION OF ST. MICHAEL'S CHURCH ET AL. *v.* WUERL, BISHOP, ROMAN CATHOLIC DIOCESE OF PITTSBURGH. Super. Ct. Pa. Certiorari denied.